IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-03219-RM-CBS | Date:  April 17, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                *Counsel:*

KENNETH PAUL HARDIN,                                John Trueax

Plaintiff,

v.

VALERO DIAMOND METRO, INC.,                  David Stauss

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session: 08:35 a.m.**
Court calls case.  Appearances of counsel.  The Plaintiff, Mr. Hardin, is on the phone with counsel.

The parties filed a *Joint Status Report [34]* indicating the discovery dispute has been resolved.

This hearing comes before the court in regards to *MOTION [29] to Withdraw.*  The court does not know when this case will be set for trial and does not want to prejudice the Plaintiff.

**ORDERED:**     *MOTION [29] to Withdraw* is **DENIED without prejudice**.  Mr. Trueax may re-file the motion after the Final Pretrial Conference depending upon when the case is set for trial.

HEARING CONCLUDED.

**Court in recess: 08:40 a.m.**
Total time in court: 00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.