**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-3219-RM-CBS

KENNETH PAUL HARDIN

    Plaintiff,

vs.

VALERO DIAMOND METRO, INC., now known as
CST Metro LLC and doing business as Valero Corner Store

    Defendant.

---

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO SUBMIT EXHIBIT A TO
DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY
OF CARL FINOCCHIARO**

---

THIS MATTER comes before the Court on Defendant's Unopposed Motion for Leave to Submit Exhibit A to Defendant's Motion *In Limine* to Exclude Testimony of Carl Finocchiaro [Doc. #48]. The Court, having reviewed the Motion and being fully advised in the premises,

HEREBY ORDERS,

1. Defendant's Motion [Doc. #48] is granted;

2. Exhibit A attached to Defendant's Motion for Leave shall be made a part of Defendant's Motion *in Limine* to Exclude Testimony of Carl Finocchiaro [Doc #47], filed November 9, 2015; and

3. Plaintiff's time to respond to Defendant's Motion *in Limine* shall run from the filing date of Defendant's Motion for Leave.

DATED this 19th day of November, 2015.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge